LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*
*Summit BHC Sacramento, LLC dba*
*Valley Recovery Center of NV*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | |
|---|---|
| JOE CULVER, an individual, | Case No: 3:20-cv-00140-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| SUMMIT BHC SACRAMENTO, LLC d/b/a VALLEY RECOVERY CENTER OF NV, a foreign limited liability company; DOE BUSINESS ENTITIES 1-10. | |
| Defendant. | |

Plaintiff JOE CULVER ("Plaintiff") and Defendant SUMMIT BHC SACRAMENTO, LLC d/b/a VALLEY RECOERY CENTER OF NV ("Valley Recovery") by and through their undersigned counsel, pursuant to Federal Rule Civil Procedure 41(a), hereby stipulate to dismissal, with prejudice, of Plaintiff's Complaint, and any cause of action and claims for

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Culver v. Valley Recovery*
Case No.: 3:20-cv-00140-MMD-WGC

relief asserted in these proceedings by Plaintiff against Valley Recovery, with each of the parties to bear their own respective attorneys' fees and costs.

DATED: 08/02/21

THE GEDDES LAW FIRM P.C.

  /s/ Kristen R. Geddes
By:_____
  WILLIAM J. GEDDES, ESQ.
  Nevada Bar No. 6984
  KRISTEN R. GEDDES, ESQ.
  Nevada Bar No. 9027
  1575 Delucchi Lane, Suite 206
  Reno, NV 89502

*Attorney for Plaintiff Joe Culver*

DATED: 08/02/21

LIPSON NEILSON P.C.

  /s/ Jessica A. Green
By:_____
  JOSEPH P. GARIN, ESQ.
  Nevada Bar No. 6653
  JESSICA A. GREEN, ESQ.
  Nevada Bar No. 12383
  AMANDA A. EBERT, ESQ.
  Nevada Bar No. 12731
  9900 Covington Cross Drive, Suite 120
  Las Vegas, Nevada 89144

*Attorneys for Defendant Summit BHC Sacramento, LLC dba Valley Recovery Center of NV*

## **ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that this action by Plaintiff against Defendant Valley Recovery is dismissed with prejudice, each party to bear their respective fees and costs.

DATED this  2nd Day of August , 2021.

_____
U. S. DISTRICT COURT JUDGE